UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EUGENE HERMANSON, | Case No. 3:22-CV-00161-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL MINEV, *et al.*, | |
| Defendants. | |

On November 17, 2022, Plaintiff filed a document entitled, "Second Amended Complaint." (ECF No. 15.) This document was not accompanied by a motion seeking leave to file an amended complaint as required by LR 15-1. In addition, there is no previous order granting Plaintiff leave to file this document. Therefore, the Court orders that Plaintiff's document entitled, "Second Amended Complaint," filed at ECF No. 15, be stricken from the record.

Plaintiff is reminded that any proposed amended complaint must be accompanied by a proper motion and that regardless of his pro se status, he is required to follow the Local Rules for the District of Nevada.

**DATED** this 17th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE